UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEXTER HULL,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN LUBLIN, LLC, HOMETOWN EQUITY MORTGAGE, LLC, NEW PENN FINANCIAL, MARVIN FOX,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:25-CV-00055-SEG-RGV |

**ORDER**

This case is before the Court on Plaintiff's response to the Court's order to show cause, which the Court construes as a request for an extension of time to show cause and file proof of service. (Doc. 3.) *See Tannenbaum v. United States,* 148 F.3d 1262, 1263 (11th Cir. 1998) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."). For good cause shown, Plaintiff's request is **GRANTED**. The deadline for Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction and for failure to timely effect service on Defendants is extended to May 14, 2025. Failure to abide by this deadline will result in dismissal of this action without prejudice. Plaintiff is further advised that no additional extensions are likely to be granted, absent

extraordinary circumstances. The Clerk is **DIRECTED** to submit this matter to the undersigned on May 19, 2025.

**SO ORDERED** this 7th day of May, 2025.

SARAH E. GERAGHTY
United States District Judge