**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEXTER HULL,<br>Plaintiff,<br><br>vs.<br><br>RUBIN LUBLIN, LLC, et al.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-00055-SEG-RGV |

# JUDGMENT

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** under Local Rule 41.3(A)(2), NDGa, for Plaintiff's failure to comply with the Court's May 7, 2025, order. It is further **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and under Rule 4(m) for failure to timely effect service.

Dated at Atlanta, Georgia, this 21st day of May, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ A. Edwards
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 21, 2025
Kevin P. Weimer
Clerk of Court

By: s/ A. Edwards
Deputy Clerk