FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 25 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**DEXTER HULL**

**PLAINTIFF**

**V.** **CASE NO. 00055**

1:25-CV-00055-SEG

**MARVIN FOX, ET AL.**

**DEFENDANT.**

---

# MOTION TO REOPEN JUDGMENT

## UNDER RULE 60(b)(6)

NOW COMES, your petitioner Dexter Hull respectfully moving this honorable court for an order reopening the judgment entered by this court dismissing the above styled action for failure to comply with the court's order of May 2025 requesting that this movant show proof of service to

the opposing party Mr. Fox and his cohorts. Your movant has since served the opposing party as the court requested in its order and has therefore cured the reasoning for dismissal of this action. Your movant now moves this court under rule 60(b)(6) "the catch all provision" for relief from the earlier judgment .

## INTRODUCTION

This case began with a lawsuit against the defendants for violating the 4th amendment right to protection against illegal seizure of property.

## RULE OF LAW

**Rule 60. Relief from a Judgment or Order**

**(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.**

**(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:**

**(1) mistake, inadvertence, surprise, or excusable neglect;**

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) Timing. A motion under Rule 60(b) must be made within a reasonable time–and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) Effect on Finality. The motion does not affect the judgment's finality or suspend its operation.

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

**(2) grant relief under 28 U.S.C. § 1655 to a defendant who was not personally notified of the action; or**

**(3) set aside a judgment for fraud on the court.**

**(e) Bills and Writs Abolished. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.**

## APPLICATION

**Applying the above cited principles of law to the instant case should produce only one conclusion and that is that rule 60(b)(6) is the perfect application of law that allows this court to Reopen the judgment and allow Mr.Hull's action to proceed to a judgment on the merits.**

## CONCLUSION

This case is about fairness. Mr hull has encountered a very turbulent ride in an attempt to litigate for his many losses he incurred as a result of the fraudulent and deceptive practices of the lenders and their shady practices that Mr Hull has been complaining about. Mr Hull has learned a valuable lesson about the court's local rules and the civil rules of procedure. However, it has come at a price and that is dismissal of his actions as has happened in this case. Only it was for something as minute as service and that has been cured. It is only fair that this court issue an

Order reopening the judgment in this case. This action under 60(b)(6) allows the court jurisdiction and discretion to reopen this case to allow for the case to proceed. This is a reason that justifies relief.

WHEREFORE, your movant Dexter Hull prays this Honorable court to enter an order granting the requested relief to reopen this action in the interest of justice and to preserve the integrity of the judicial process.

Respectfully Submitted on this 20th day of June 2025.

______________________________

Dexter Hull, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify under the pains and penalties of perjury that a true and correct copy of the foregoing motion to reopen under Rule 60(b)(6) has been sent by U.S. FIRST CLASS MAIL TO:

Marvin R Fox
2839 Sarina Drive
Marietta, GA 30064

On this 20th day of June, 2025.

Respectfully Submitted,

______________________

Dexter Hull, Pro Se

FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta
JAN 07 2025
By: [signature] Deputy Clerk



# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

___ATLANTA______ Division

DEXTER HULL

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

RUBIL LUBLIN,LLC HOMETOWN EQUITY MORTGAGE, LLC NEW PENN FINANCIAL, MARVIN FOX, ET AL.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1: 25 -CV- 0055
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEXTER HULL |
| Street Address | 4483 LIONSHEAD CIRCLE |
| City and County | LITHIONIA |
| State and Zip Code | GA .30038 |
| Telephone Number | |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NEW PENN FINANCIAL, LLC |
| Job or Title *(if known)* | |
| Street Address | 75 BEATTIE PLACE, SUITE 300 |
| City and County | GREENVILLE, |
| State and Zip Code | SC 29601 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | RUBIN, LUBLIN, LLC |
| Job or Title *(if known)* | |
| Street Address | 3145 AVALON RIDGE PLACE, SUITE 100 |
| City and County | PEACHTREE CORNERS |
| State and Zip Code | GA, 30071 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | MARVIN FOX |
| Job or Title *(if known)* | 2839 Sarina Dr |
| Street Address | 2839 Sarina Dr |
| City and County | Marietta |
| State and Zip Code | GA 30056 64 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* DEXTER HULL, is a citizen of the State of *(name)* GEORGIA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* ______________, is incorporated under the laws of the State of *(name)* SOUTH CAROLINA, and has its principal place of business in the State of *(name)* SOUTH CAROLINA.

Or is incorporated under the laws of *(foreign nation)* ______________, and has its principal place of business in *(name)* ______________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount of this claim is 4,750,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
The PLAINTIFF BRINGS THIS ACTION FOR ,PERSONAL LOSS OF INCOME DUE TO LEGAL MALPRACTICE. AND THEFT.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests that this court direct the defendants to remit payment of $4,750,000.00 to compensate for the PERSONAL LOSS FOR INCOME PROPERTIES and court costs. fees. attorney fees and any other relief this court deems just and fair in the interest of justice.

FedEx Office

3068 Panola Rd
Ste 3
Lithonia, GA 30038
770.323.3180

Receipt #: **SSIKI00114327**

June 25, 2025 1:21 PM

## FedEx Express Shipments

**FedEx 2Day**: 882299742579 **$10.00**

**Recipient Address**
NEW PENN FINANCIAL, LLC
75 BEATTIE PLACE
STE 300
GREENVILLE, SC 29601, US
770-283-0099

**Hold at Location Address**
N/A

**Scheduled Delivery Date**
06/27/2025

**Pricing Option**
One Rate

**Package Information**
FedEx Envelope

**Package Weight**
.25 lb (S)

**Declared Value**
$100

**Additional Services**
FEDEX_ONE_RATE

**FedEx 2Day**: 882299830659 **$10.00**

**Recipient Address**
RUBIN LUBIN LLC
3145 AVALON RIDGE PLACE
STE 100
PEACHTREE CORNERS, GA 30071, US
770-283-0099

**Hold at Location Address**
N/A

**Scheduled Delivery Date**
06/27/2025

**Pricing Option**
One Rate

**Package Information**
FedEx Envelope

**Package Weight**
.10 lb (M)

**Declared Value**
$100

**Additional Services**
FEDEX_ONE_RATE

**FedEx 2Day**: 882299870034 **$10.00**

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)

SSIKI0012025062514327

FedEx Office

3068 Panola Rd
Ste 3
Lithonia, GA 30038
770.323.3180

Receipt #: **SSIKI00114327**

June 25, 2025 1:21 PM

**Recipient Address**
MARVIN FOX
2839 SARINA DR
MARIETTA, GA 30064-3709, US
770-283-0099

**Hold at Location Address**
N/A

**Scheduled Delivery Date**
06/27/2025

**Pricing Option**
One Rate

**Package Information**
FedEx Envelope

**Package Weight**
.10 lb (S)

**Declared Value**
$100

**Additional Services**
FEDEX_ONE_RATE

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)

FedEx Office

3068 Panola Rd
Ste 3
Lithonia, GA 30038
770.323.3180

Receipt #: **SSIKI00114327** June 25, 2025 1:21 PM

| | |
|---|---|
| Express Subtotal | $30.00 |
| Tax | $0.00 |
| **Total** | **$30.00** |

```
**************** PURCHASE
****************
                 APPROVED

Total:
$30.00

Card Type:      VISA
Card Entry:     Contactless
Acct #:         ************6062
Approval Code:  159234

************** EMV PURCHASE
**************
App Label:                    VISA
DEBIT
Mode:
Issuer
AID:  A0000000031010
TVR:  0000000000
IAD:  06011203A00000
TSI:
ARC:  00
AC:   84159AE842BC2758
CVM:  1F0301
```

| | |
|---|---|
| Total Tender | $30.00 |

Tell us how we're doing: **fedex.com/welisten**

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.
Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.
Visit us at: fedex.com or call 1.800.GoFedEx (1.800.463.3339)